```
         UNITED STATES DISTRICT COURT
          MIDDLE DISTRICT OF FLORIDA
                TAMPA DIVISION
```

LINDA LAN CHMURA,

        Plaintiff,

v.                       Case No. 8:15-cv-2023-T-33JSS

ARTHUR RUTENBERG, ET AL.,

        Defendants.

_____/

**ORDER**

This cause comes before the Court sua sponte. Pro se Plaintiff Linda Lan Chmura filed her "Motion for Repossession of a Real Property Injunction with Prejudgment Writ of Attachment 1130 Tuscany Boulevard, Venice, Florida" on July 7, 2015, in the United States District Court for the Southern District of New York. (Doc. # 2). Chmura names six Defendants in her pleading and challenges the legality of a real estate transaction, including the foreclosure of her home. On August 4, 2015, Chmura filed an application to proceed without paying fees or costs. (Doc. # 7).

On August 26, 2015, the case was transferred to this Court because: "all Defendants transact business in Sarasota County, where the events giving rise to Plaintiff's claims occurred." (Doc. # 8 at 2). On September 2, 2015, this Court denied Chmura's application to proceed without paying fees or costs without prejudice because the application was not

accompanied by an Affidavit of Indigency. (Doc. # 12). The Court instructed: "Plaintiff shall either pay the filing fee to continue this action or file a notarized Affidavit of Indigency within fourteen (14) days of this Order." (Id.).

At this juncture, Chmura has neither paid the filing fee, nor filed an Affidavit of Indigency in an effort to demonstrate that she is entitled to proceed in forma pauperis. The Court accordingly dismisses this action without prejudice.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  This action is dismissed without prejudice.

(2)  The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 24th day of September, 2015.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record

2